IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 19-cv-00392-PAB-STV

ALLSTATE ASSURANCE COMPANY,

    Plaintiff,

v.

GLORIA LANDA,

    Defendant.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Scott T. Varholak filed on August 29, 2019 [Docket No. 21]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on August 29, 2019. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the

Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge [Docket No. 21] is accepted.

2. Plaintiff's Motion for Default Judgment Against Defendant Gloria Landa [Docket No. 18] is granted.

3. Declaratory judgment shall enter for plaintiff and against defendant pursuant to 28 U.S.C. § 2201 as follows:

> Coverage did not commence under the Temporary Insurance Agreement ("TIA") and Gloria Landa is not entitled to benefits under the TIA, except that Allstate Assurance Company shall refund to Ms. Landa the $545.69 premium submitted with the application.

4. Within 14 days of the entry of judgment, plaintiff may have its costs by filing a bill of costs with the Clerk of Court.

5. This case is closed.

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).

DATED October 16, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge